# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

June 21, 2018

**BY ECF**  
Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1050  
New York, New York 10007

    Re:    **Gonzalez Calle, et al v. Angelo of Mulberry Street., et al;**  
             **Index No. 17-CV-3857 (LGS)**

This office represents the Plaintiffs in the above referenced matter. Herewith please find the revised settlement agreement in accordance with the Court's order dated June 4, 2018 (Dkt. No. 52).

Also annexed herewith are the revised billing records of Plaintiffs' attorneys. This uitilizes the rates set by the Court in the June 4, 2018 order: $400 per hour for Mr. Faillace, $350 per hour for me, $200 per hour for Ms. Santos, and $100 per hour for paralegals. The lodestar amount is $9,665.00.

The entries with the initials "PL" are for work done by paralegals for our firm, and as directed by the Court's order, are billed at the rate of $100 per hour. In our firm's timekeeping all paralegals bill under the initials "PL" without differentiating amongst the paralegals. Accordingly, we are unable to identify the paralegal(s) who performed the work billed in this action.

Page 2

For the foregoing reasons, it is respectfully requested that the Court approve the parties' Agreement.

                                Respectfully Submitted,

                                _____/s/_Joshua S. Androphy

                                Joshua S .Androphy

Encls.