```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GONZAELEZ CALLE, et al.,                                      :
                              Plaintiffs,                     :
                                                              :
              -against-                                       :
                                                              :
VAN CLEEF & ARPEL, INC.,                                      :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- :
                                                              X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2018

17 Civ. 3857 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 29, 2018, the parties filed their joint letter, their settlement agreement and attorneys' billing records;

WHEREAS, by Order, dated June 4, 2018, the parties were required to file an amended settlement agreement that addresses the deficiencies in the proposed settlement, a joint letter with the identity, title and experience of "PL" in the billing record, and a revised lodestar calculation consistent with the Order;

WHEREAS, on June 21, 2018, the parties filed a revised lodestar calculation and the joint letter;

WHEREAS, on June 26, 2018, the parties filed a revised settlement agreement; it is thereby

**ORDERED** that the revised settlement agreement, dated June 26, 2018, is **APPROVED** as fair and reasonable based on the nature and the scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable); it is further

**ORDERED** that Plaintiffs' counsel's request for $30,833 for attorneys' fees and costs is **DENIED** as unreasonable.  Plaintiffs' counsel is awarded **$26,000** for attorneys' fees and costs.  The remainder of the settlement shall be distributed to Plaintiffs.

Courts in this District have consistently found that "the reasonable hourly billing rate for partners in wage-and-hour cases is between $300 and $400 per hour and the reasonable hourly billing rate for mid-level associates is approximately $200 per hour." *McGreevy v. Life Alert Emergency Response, Inc.*, No. 15 Civ. 7457, 2017 WL 1534452, at *7 (S.D.N.Y. Apr. 28, 2017) (collecting cases). A reasonable hourly billing rate for Mr. Faillace is $400 per hour.  A reasonable hourly billing rate for Mr. Androphy is $350 per hour, given that he has more experience than a fourth year associate but less than a partner.  A reasonable hourly billing rate for Ms. Santos is $200 per hour.  A reasonable hourly billing rate for a paralegal is $100 per hour.  The lodestar calculation based on these billing rates is $9,665.  The $26,000 fees and costs award represents a 2.7 multiplier, *see Beckman v. KeyBank, N.A.*, 293 F.R.D. 467, 482–83 (S.D.N.Y. 2013) (finding that a lodestar multiplier of up to eight is awarded in some cases) (collecting cases), and 28.1% of the total settlement.

The Clerk of Court is respectfully directed to close this case.

Dated: June 27, 2018
    New York, NY

                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**